UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN COSTILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 4:13-CV-00148-BR |
| v. | ) | |
| | ) | |
| CLIFTON W. EVERETT, JR., | ) | |
| | ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| JUAN COSTILLA, | | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 4:13-CV-00149-BR |
| CLARK EVERETT, D.A., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

| | | |
|---|---|---|
| JUAN COSTILLA, | | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 4:13-CV-00151-BR |
| | ) | |
| MARIO PEREZ, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

ORDER

Plaintiff, who is currently incarcerated in a state prison, seeks to file complaints *in forma pauperis*. Plaintiff's complaints must be dismissed under the "three strikes" provision of the Prison Litigation Reform Act ("PLRA").

The PLRA requires the court to dismiss a prisoner's action "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g); see also Tolbert v. Stevenson, 635 F.3d 646, 650 (4th Cir. 2011). Plaintiff has previously filed at least three cases which have been dismissed as frivolous. Costilla v. Nuckolls, No. 5:12-CT-3074-FL (E.D.N.C. Nov. 5, 2012); Costilla v. McLawhorn, No. 5:11-CT-3204-BO (E.D.N.C. June 22, 2012), appeal dismissed, No. 12-7140 (4th Cir. Sept. 17, 2012); Costilla v. Cassiano, No. 5:11-CT-3259-D (E.D.N.C. June 1, 2012), appeal dismissed, No. 12-7023 (4th Cir. Nov. 7, 2012). Therefore, plaintiff must show that he is under imminent danger of serious physical injury in order to proceed without prepayment of the filing fee. See 28 U.S.C. § 1915(g). The allegations in the complaints do not suggest that plaintiff is under any such danger. Accordingly, these actions are DISMISSED WITHOUT PREJUDICE.

This 24 June 2013.

_____
W. Earl Britt
Senior U.S. District Judge

2