UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| Juan Costilla, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Clark Everett, D.A., | ) | No. 4:13-CV-149-BR |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice.

**This judgment filed and entered on June 24, 2013, and served on:**

Juan Costilla (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC 27885)

June 24, 2013            /s/ Julie A. Richards,
                                         Clerk of Court